**464**

## ORDER

PER CURIAM.

Movant appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the record on appeal and the briefs of the parties and find the motion court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

Stanley MOORE, Appellant,

v.

STATE of Missouri, Respondent.

No. 72248.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 10, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 20, 1998.

David Hemingway, Asst. Sp. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

## ORDER

PER CURIAM.

Stanley Moore, Movant, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

Marlon PENTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 72381.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 17, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 20, 1998.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Movant appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We

have reviewed the record on appeal and the briefs of the parties and find the motion court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

■

**Mark WHITEHEAD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 72129.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 17, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 1998.

Mary C. McWilliams, Laurie, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Mark Whitehead, Movant, appeals from the judgment entered denying his Rule 29.15 motion for post-conviction relief. Movant filed the motion after his convictions for second degree murder and armed criminal action.

We have reviewed the record on appeal and the briefs of the parties and find the motion court's determination is not clearly

■

**STATE of Missouri, Respondent,**

v.

**Doyle N. JOHNSON, Appellant.**

No. WD 53771.

Missouri Court of Appeals,
Western District.

Feb. 24, 1998.

